

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:16cr 125 |
|---|---|---|
| | ) | |
| v. | ) | 26 U.S.C. § 7206(2) |
| | ) | Aiding and Assisting in the Preparation and |
| JARRELL T. JACKSON, | ) | Presentation of a False and Fraudulent |
| | ) | Return, Statement, or Other Document |
| *Defendant.* | ) | (Counts 1-2) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNTS ONE AND TWO

On or about the dates listed below in the Eastern District of Virginia, the defendant JARRELL T. JACKSON, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service of two (2) U.S. Individual Tax Returns which were false or fraudulent as to material matters as set forth in the table below:

| COUNT | DATE OF OFFENSE | TAXPAYER | TAX YEAR | FALSE ITEMS | TAX LOSS |
|---|---|---|---|---|---|
| 1 | 01/25/2014 | L.S. | 2013 | False Education Credit<br>False W-2 | $7,085 |
| 2 | 02/11/2014 | T.R. | 2013 | False Education Credit<br>False W-2 | $3,445 |

(In violation of Title 26, United States Code, Section 7206(2).)

1

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Joseph L. Kosky
Assistant U.S. Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number (757) 441-6331
Facsimile Number (757) 441-3205
E-Mail Address - joseph.kosky@usdoj.gov